**STATE v. EDWARDS**

[365 N.C. 290 (2011)]

STATE OF NORTH CAROLINA v. JEREMY DOUGLAS EDWARDS

No. 496PA10

(Filed 7 October 2011)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, —— N.C. App. ——, 700 S.E.2d 248 (2010), finding no error in judgments entered on 23 April 2009 by Judge R. Stuart Albright in Superior Court, Guilford County. Heard in the Supreme Court 6 September 2011.

*Roy Cooper, Attorney General, by Robert C. Montgomery, Special Deputy Attorney General, for the State.*

*Rudolph A. Ashton, III and Kirby H. Smith, III for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.